In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00364-CR
NO. 09-16-00365-CR
NO. 09-16-00366-CR
NO. 09-16-00367-CR
NO. 09-16-00368-CR
NO. 09-16-00369-CR

_____

**JAMES DEAN SHAW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause Nos. CR32044 (Counts 1 & 2), CR32045 (Counts 1 & 2) &**
**CR32047 (Counts 1 & 2)**

**MEMORANDUM OPINION**

On January 20, 2017, we received a suggestion of death indicating that the appellant, James Dean Shaw, is deceased. Because the death occurred after Shaw perfected the appeals and before we issued our mandate, the appeals must be

1

permanently abated. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, the appeals are

permanently abated.

       APPEALS ABATED.

_____

LEANNE JOHNSON
Justice

Submitted on January 31, 2017
Opinion Delivered February 1, 2017
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.